Case #2

FILED IN OPEN COURT
ON 8/8/18 NB
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:18-CR-00043-1D(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| ANDREW SMITH III | ) | |
| | ) | |

The Grand Jury charges that:

## COUNT ONE

On or about March 2, 2018, in the Eastern District of North Carolina, the defendant, ANDREW SMITH III, having previously been convicted of a crime punishable by a term of imprisonment exceeding one (1) year, did knowingly possess in and affecting commerce, a firearm ~~and ammunition~~, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

AJW 8-7-18
SKB 08-07-18

## COUNT TWO

On or about March 22, 2018, in the Eastern District of North Carolina, the defendant, ANDREW SMITH III, having previously been convicted of a crime punishable by a term of imprisonment exceeding one (1) year, did knowingly possess in and affecting commerce, a firearm and ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## FORFEITURE NOTICE

The defendant is given notice of the provisions of Title 18, United States Code, Section 924(d)(1), (as made applicable herein by virtue of Title 28, United States Code Section 2641(c)), that all the defendant's interest in any property specified herein is subject to forfeiture.

As a result of the foregoing offense, the defendant shall forfeit to the United States any firearm and ammunition involved in the offenses.

The forfeitable property includes but is not limited to a Marlin .22 caliber rifle Model 75C, serial number 1239158, and Aa Taurus G2 9mm pistol, serial number TIN48834, and associated ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States,

2

pursuant to Title 21 United States Code, Section 853(p), to seek

forfeiture of any other property of said defendant up to the value

of the forfeitable property described above.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

FOREPERSON

Date: 8/7/18

ROBERT J. HIGDON, Jr.
United States Attorney

S. KATHERINE BURNETTE
Assistant United States Attorney

3