AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

UNITED STATES OF AMERICA

V.

ANDREW SMITH III

**SEALED**
**WARRANT FOR ARREST**

CRIMINAL CASE: 4:18-CR-00043-1D(1)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**ANDREW SMITH III** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Sealed Indictment _____ Superseding Indictment _____ Criminal Information ___ Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 922(g)(1) and 924: Possession of firearm by a convicted felon
Count 2 - 18 U.S.C. § 922(g)(1) and 924: Possession of a firearm and ammunition by a convicted felon

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

AUGUST 8, 2018 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED | 8/10/18 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|---|
| DATE OF ARREST | 12/17/18 | Ernie Powers, Wilson PD | S. Tanner  USMS E/NC |

FILED
DEC 19 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ JAB ___ DEP CLK

Case 4:18-cr-00043-D   Document 15   Filed 12/19/18   Page 1 of 1