UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:18-cr-00043-D-1

| UNITED STATES OF AMERICA | NOTICE OF APPEARANCE |
|---|---|
| v. | |
| ANDREW SMITH III | |

Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above named defendant in this criminal case.

Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

JOHN BENNETT
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on December 20, 2018, using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this 20th day of December, 2018.

G. ALAN DuBOIS
Federal Public Defender

/s/ David E. Wicclair
DAVID E. WICCLAIR
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: David_Wicclair@fd.org
N.C. State Bar No. 50384
LR 57.1 Counsel
Appointed