UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:18-CR-43-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **WAIVER OF DETENTION HEARING** |
| ) | |
| ) | |
| ANDREW SMITH III ) | |

I, **ANDREW SMITH III** charged with an offense against the laws of the United States, acknowledge that I have been informed by the Court of the Complaint, Information, Indictment, or Motion for Revocation against me, of any Affidavit filed therewith, and the right to be represented by counsel, all of which I fully understand, and I do hereby waive my rights to a Detention Hearing in this case.

_Andrew Smith_
Defendant's Signature

_Andrew K. Kukorowski, AFPD_
Defense Counsel's Name **PLEASE PRINT**

_[signature]_
Defense Counsel's Signature

12/28/2018
Date

_[signature]_
JAMES E. GATES
United States Magistrate Judge