UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH, NORTH CAROLINA

## THE HONORABLE JAMES C. DEVER III
## UNITED STATES DISTRICT JUDGE PRESIDING

Motions to continue, either by attorneys or the United States Probation Office, are to be submitted to the court at least five (5) business days prior to the beginning of a session, absent exigent circumstances. Motions to continue filed after the deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.

## CRIMINAL SESSION COMMENCING ON
## WEDNESDAY, JULY 10, 2019 AT 9:00 A.M.

**Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar.**

**WEDNESDAY, JULY 10, 2019 AT 9:00 A.M.**

| ARRAIGNMENTS | PAGE | FILE NO. |
|---|---|---|
| **PEREZ-LOPEZ,** Irael<br>**\*\*SPANISH INTERPRETER NEEDED\*\***<br>　　AUSA: Lori B. Warlick<br>　　ATTY: James E. Todd, Jr. | 1 | 7:19-CR-96-1-D |
| **DIAZ-RAMIREZ,** Ivan<br>**\*\*SPANISH INTERPRETER NEEDED\*\***<br>　　AUSA: Sebastian Kielmanovich<br>　　ATTY: Robert E. Waters | 2 | 7:18-CR-90-1-D |
| **MOLINA,** Samuel<br>**\*\*INTERPRETER NEEDED\*\***<br>　　AUSA: Nicholas J. Regalia<br>　　ATTY: R. Andrew McCoppin | 3 | 5:18-CR-526-1-D |
| **MAYO,** Charles<br>　　AUSA: Nicholas J. Regalia<br>　　ATTY: Sonya M. Allen | 4 | 5:18-CR-360-1-D |

**BRIDGES,** Comulus Latezes  5  5:18-CR-408-1-D
    AUSA: Tobin W. Lathan
    ATTY: Sonya M. Allen

**HICKS,** Rasheem Kireem  6  5:18-CR-314-1-D
    AUSA: Daniel W. Smith
    ATTY: Sonya M. Allen

**MARSHALL,** Shareem Uniike  7  5:19-CR-7-1-D
    AUSA: Daniel W. Smith
    ATTY: Sonya M. Allen

**ALVEAR,** Sergio Ezequiel  8  5:19-CR-99-1-D
    AUSA: Daniel W. Smith
    ATTY: Sonya M. Allen

**SALES,** Keshaun Damion  9  5:19-CR-124-1-D
    AUSA: Kelly L. Sandling
    ATTY: Sonya M. Allen

**SHANDS,** Marcus Arelious  10  5:19-CR-189-1-D
    AUSA: Kelly L. Sandling
    ATTY: Rosemary Godwin

**WILLIAMS,** Isalic Perry Malickeon  11  4:19-CR-12-1-D
    AUSA: Donald R. Pender
    ATTY: Diana H. Pereira

**THOMAS,** Tyrone  12  5:18-CR-457-2-D
    AUSA: Lucy P. Brown
    ATTY: Caitlin M. Poe

**SANDERS,** Marquese Raekwon  13  7:18-CR-162-1-D
    AUSA: Laura S. Howard
    ATTY: Wayne J. Payne

**ELLIS JR.,** Kimjuan Dwayne  14  5:19-CR-11-1-D
    AUSA: Robert J. Dodson
    ATTY: Christopher J. Locascio

| | | |
|---|---|---|
| **TAYLOR,** Dennis Ray | 15 | 5:19-CR-13-1-D |
|     AUSA: Dena J. King | | |
|     ATTY: Christopher J. Locascio | | |
| | | |
| **YOUNGVALL,** John Lawrence | 16 | 5:19-CR-36-1-D |
|     AUSA: Thomas L. Crosby | | |
|     ATTY: David E. Wicclair | | |
| | | |
| **BEASLEY,** Jeffrey Michael | 17 | 5:19-CR-115-1-D |
|     AUSA: Thomas L. Crosby | | |
|     ATTY: Halerie M. Costello | | |
| | | |
| **WILLIAMS,** Mario Lamont | 18 | 5:19-CR-174-1-D |
|     AUSA: Thomas L. Crosby | | |
|     ATTY: Richard Croutharmel | | |
| | | |
| **GRIFFIN,** Nicholas Shamar | 20 | 7:18-CR-174-1-D |
|     AUSA: Scott A. Lemmon | | |
|     ATTY: J. Franklin Jackson | | |
| | | |
| **DANIELS SR.,** Bruce James | 21 | 7:19-CR-40-1-D |
|     AUSA: Scott A. Lemmon | | |
|     ATTY: Mark A. Perry | | |
| | | |
| **COLEMAN,** Harekia Chante | 22 | 5:18-CR-344-1-D |
|     AUSA: Jake D. Pugh | | Change of Plea/ |
|     ATTY: Dhamian A. Blue | | Pretrial Revocation* |

**MONDAY, JULY 15, 2019 AT 9:00 A.M.**
**SENTENCING**

**ROMERO,** Sergio Agustin Ortiz      5:18-CR-204-4-D
**\*\*SPANISH INTERPRETER NEEDED\*\***
    AUSA: Laura S. Howard
    ATTY: Nardine M. Guirguis

**AQUEL,** Jamal Yousef      4:18-CR-61-1-D
**\*\*ARABIC INTERPRETER NEEDED\*\***
    AUSA: Tamika G. Moses
    ATTY: Katherine E. Shea

| | |
|---|---|
| **SMITH III,** Andrew | 4:18-CR-43-1-D |
|     AUSA: John H. Bennett | |
|     ATTY: David E. Wiclair | |

**MONDAY, JULY 15, 2019 AT 1:00 P.M.**
**SENTENCING**

| | |
|---|---|
| **SMITH,** Covia Dzell | 7:18-CR-93-1-D |
|     AUSA: Scott A. Lemmon | |
|     ATTY: Geoffrey W. Hosford | |
| | |
| **RUSSELL,** Daryl | 5:18-CR-191-2-D |
|     AUSA: Robert J. Dodson | |
|     ATTY: Geoffrey W. Hosford | |
| | |
| **BYRD,** Travid Brock | 5:18-CR-204-2-D |
|     AUSA: Laura S. Howard | 5:06-CR-298-1-D |
|     ATTY: Geoffrey W. Hosford | Sentencing/Revocation |
| | |
| **WEIL,** Jordan Delaney | 7:18-CR-159-1-D |
|     AUSA: Laura S. Howard | |
|     ATTY: Geoffrey W. Hosford | |

**TUESDAY, JULY 16, 2019 AT 9:00 A.M.**
**SENTENCING**

| | |
|---|---|
| **ARNOLD,** Rasheen Jerome | 2:18-CR-27-1-D |
|     AUSA: Charity L. Wilson | |
|     ATTY: Mark A. Perry | |
| | |
| **THOMAS,** Rodney Durrell | 5:18-CR-235-2-D |
|     AUSA: Dena J. King | |
|     ATTY: Laura E. Beaver | |
| | |
| **GARRIS,** Xavier Dominique | 5:17-CR-395-1-D |
|     AUSA: Jake D. Pugh | |
|     ATTY: Rosemary Godwin | |
| | |
| **BOWLES,** Andrew Jonathan | 5:18-CR-423-1-D |
|     AUSA: Melissa B. Kessler | |
|     ATTY: Rosemary Godwin | |

**TUESDAY, JULY 16, 2019 AT 1:00 P.M.**
**SENTENCING**

| | |
|---|---|
| **SESSOMS,** Shakeera Lavonne | 5:18-CR-350-1-D |
|     AUSA: Adam F. Hulbig | |
|     ATTY: Joseph L. Bell, Jr. | |
| | |
| **BYRD,** Justin Wayne | 7:19-CR-12-1-D |
|     AUSA: Chad E. Rhoades | |
|     ATTY: Joseph L. Ross, II | |
| | |
| **HARRIS JR.,** Jerry Latwan | 5:18-CR-447-1-D |
|     AUSA: Daniel W. Smith | |
|     ATTY: Kevin M. Marcilliat | |

**WEDNESDAY, JULY 17, 2019 AT 9:00 A.M.**
**SENTENCING**

| | |
|---|---|
| **MCNEIL,** Allen Wendell | 5:18-CR-436-1-D |
|     AUSA: Charity L. Wilson | |
|     ATTY: Sonya M. Allen | |
| | |
| **KUNZ,** Meghan | 7:19-CR-6-2-D |
|     AUSA: Timothy M. Severo | |
|     ATTY: Brett T. Wentz | |

**REVOCATION OF SUPERVISED RELEASE**

| | |
|---|---|
| **DAVIS,** Antoine Donshea | 4:07-CR-70-1-D |
|     AUSA: Jake D. Pugh | |
|     ATTY: Richard Croutharmel | |
| | |
| **DELATORRE,** Cesar Inez | 5:09-CR-242-1-D |
|     AUSA: Dena J. King | Detention/Revocation |
|     ATTY: Christian E. Dysart/Geoffrey R. Willis/Joseph E. Houchin | |