IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:18-CR-00043-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| ANDREW SMITH, III | ) | |

Please enter my name as an attorney of record on behalf of the Plaintiff in the above-captioned action. Copies of all correspondence and pleadings should be mailed to the undersigned at the below address.

Respectfully submitted this 8th day of July, 2019.

        ROBERT J. HIGDON, JR.
        United States Attorney

        BY: /s/ John E. Harris
            JOHN E. HARRIS
        Assistant United States Attorney
        Attorney for Plaintiff
        Civil Division
        310 New Bern Avenue, Suite 800
        Federal Building
        Raleigh, NC 27601-1461
        Telephone: (919) 856-4530
        Facsimile: (919) 856-4821
        E-mail: John.Harris5@usdoj.gov
        NC State Bar No. 49253

1

# CERTIFICATE OF SERVICE

I certify that I have on this 8th day of July, 2019, served a copy of the foregoing

Notice of Appearance upon counsel electronically via ECF:

David E. Wicclair
Email: david_wicclair@fd.org

          ROBERT J. HIGDON, JR.
          United States Attorney


          BY: /s/ John E. Harris
            JOHN E. HARRIS
          Assistant United States Attorney
          Attorney for Plaintiff
          Civil Division
          310 New Bern Avenue, Suite 800
          Federal Building
          Raleigh, NC  27601-1461
          Telephone:  (919) 856-4530
          Facsimile:   (919) 856-4821
          E-mail: John.Harris5@usdoj.gov
          NC State Bar No. 49253